No. 366. ABRAM ROSENBERGER, PETITIONER, *v.* JOSEPH H. HARRIS. October 22, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. J. J. Darlington* and *Mr. James C. Jones* for petitioner. *The Attorney General, The Solicitor General* and *Mr. Assistant Attorney General Robb* for respondent.

No. 414. MORITZ EISNER ET AL., PETITIONERS, *v.* EMILIE SAXLEHNER. October 22, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Leopold Wallach, Mr. Charles G. Coe* and *Mr. Charles K. Allen* for petitioners. *Mr. Antonio Knauth* for respondent.

No. 409. JAMES W. DONNELL, PETITIONER, *v.* HERRING-HALL-MARVIN SAFE COMPANY ET AL. October 29, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit granted. *Mr. George Peck Merrick* and *Mr. S. S. Gregory* for petitioner. *Mr. Charles H. Aldrich* and *Mr. Lawrence Maxwell, Jr.,* for respondents.

No. 462. HERRING-HALL-MARVIN SAFE COMPANY, PETITIONER, *v.* HALL'S SAFE COMPANY ET AL. October 29, 1906. Petition and cross-petition for writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit granted.
*Mr. Lawrence Maxwell, Jr.,* and *Mr. Charles H. Aldrich* for petitioner. *Mr. Judson Harmon* and *Mr. William C. Cochran* for respondent.

No. 460. ALEXANDER D. SHAW ET AL., PETITIONERS, *v.* THE UNITED STATES. October 29, 1906. Petition for a writ